# Third District Court of Appeal
## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-768
Lower Tribunal No. 17-01358
_____

## Knauf de Colombia, S.A.S., et al.,
Appellants,

vs.

## Carlos Hakim-Daccach,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

White & Case LLP and Raoul G. Cantero and Zachary B. Dickens and David W. Rifkin, for appellants.

Gordon Rees Scully Mansukhani LLP and David M. Gersten and Joseph A. Sacher; Sequor Law P.A., and Christopher A. Noel and Edward H. Davis, Jr., and Arnoldo B. Lacayo, for appellee.

Before EMAS, LINDSEY and LOBREE, JJ.

PER CURIAM.

We affirm on all counts without further discussion, except as to the issue of setoff, to which the Appellee has commendably conceded error. Accordingly, we affirm in part, and reverse in part, and instruct the trial court to set off the jury's $19.5 million verdict by the $10 million bank defendant settlement and recalculate pre-judgment interest in an amended final judgment. See Addison Constr. Corp. v. Vecellio, 240 So. 3d 757, 764 (Fla. 4th DCA 2018) ("The purpose of the setoff statutes is to prevent a windfall to a plaintiff by way of double recovery.").

Affirmed in part, reversed in part, and remanded with instructions.